FILED

MAY 03 2021 AM

THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE UNITED STATES OF AMERICA *ex. rel.* AS CORP INC. | ) ) |
| Plaintiff, | ) 1:21-cv-02363 |
| v. | ) Judge: Rebecca R. Pallmeyer |
| COMPASS SPECIALTY INSURANCE RRG INC. | ) Magistrate Judge: Jeffrey Cummings ) |
| Defendants | ) |

## COMPLAINT

Plaintiffs the UNITED STATES OF AMERICA through the relator AS CORP INC. and by counsel SHAH LEGAL REPRESENTATION bring this Complaint against the Defendant(s), as follows:

1. Federal courts have jurisdiction and may properly exercise jurisdiction here pursuant to 28 U.S.C. § 1331 and/or 28 U.S.C. § 1367, as federal and state laws permit private parties to bring suit on or behalf of themselves and sovereign entities of and within the United States of America.

2. The principal of AS Corp Inc. was at the Stefan Grill with a friend on or around the fall of 2016.

3. At the Stefan Grill Radovan "Roy" Dobrasinovic approached AS Corp Inc.'s principal.

4. At the Stefan Grill or after the encounter between Roy Dobrasinovic and AS Corp Inc.'s principal at Stefan Grill, Radovan "Roy" Dobrasinovic informed

AS Corp Inc.'s principal that Radovan "Roy" Dobrasinovic's companies' offerings included fuel card, factoring, and equipment finance among other offerings.

5. AS Corp's principal declined Radovan "Roy" Dobrasinovic's offerings due to AS Corp's satisfaction with those aspects of his business.

6. At the Stefan Grill or sometime after the encounter between Roy Dobrasinovic and AS Corp Inc.'s principal at Stefan Grill, Radovan "Roy" Dobrasinovic informed AS Corp Inc.'s principal that Radovan "Roy" Dobrasinovic's companies' offerings would also include motor carrier insurance that could be obtained on favorable terms.

7. Radovan "Roy" Dobrasinovic invited AS Corp's principal to his offices and had made a presentation to AS Corp Inc.'s principal including but not limited to an insurance price quote for motor carrier insurance which was significantly less than amounts AS Corp Inc. had been paying for its motor carrier insurance.

8. Radovan "Roy" Dobrasinovic tied the motor carrier insurance to his Compass family of companies' other offerings at the meeting at Dobrasinovic's and Compass' offices.

9. Compass represents to customers and to public government bodies that Compass' motor carrier insurance policies meet or purport to meet all applicable state, federal, state agency, and federal agency regulations.

10. Compass' representations to customers and to public government bodies that Compass' motor carrier insurance policies meet or purport to meet all applicable state, federal, state agency, and federal agency regulations, including

those of the Federal Motor Carrier Safety Administration is in fact incorrect and false.

11. At some point in time after their initial meeting, Radovan "Roy" Dobrasinovic also invited AS Corp Inc.'s principal to a social and/or sporting event(s) where Radovan "Roy" Dobrasinovic obtained tickets for AS Corp Inc.'s principal and AS Corp Inc.'s guest to attend the social and/or sporting event.

12. At some point in time after their initial meeting, Radovan "Roy" Dobrasinovic, AS Corp Inc.'s principal, and Dushan Korokoski, and/or others attended the social and/or sporting event.

13. Radovan "Roy" Dobrasinovic's invitation and initial communications to AS Corp Inc.'s principal were to form as many business relationships with AS Corp Inc. as possible, including but not limited to Compass Specialty Insurance RRG.

14. Radovan "Roy" Dobrasinovic's invitation and initial communications to AS Corp Inc.'s principal were to have AS Corp Inc. fill out as many applications for Radovan "Roy" Dobrasinovic's companies, as possible.

15. Radovan "Roy" Dobrasinovic's companies' applications are to obtain highly confidential and sensitive information about the applicant.

16. Radovan "Roy" Dobrasinovic's companies' applications seek information including but not limited to: (a) the applicant's number of trucks (b) size of business; (c) financials.

17. Radovan "Roy" Dobrasinovic's companies' applications are designed to create a profile and understanding of the applicant's sophistication, background, strengths, and/or weaknesses.

18. Radovan "Roy" Dobrasinovic's companies seek out clientele of Eastern European background and ethnicity.

19. Radovan "Roy" Dobrasinovic's companies seek out clientele who are unestablished but looking to enter into the motor carrier industry.

20. Radovan "Roy" Dobrasinovic's companies seek out clientele who those companies' perceive and believe are new, unfamiliar, unsophisticated, may have language barriers, or may have other vulnerabilities.

21. Radovan "Roy" Dobrasinovic's companies seek out clientele for the purpose of maximizing Radovan "Roy" Dobrasinovic's and Radovan "Roy" Dobrasinovic's companies financial benefit at the unlawful expense of clientele.

22. Radovan "Roy" Dobrasinovic's companies seek out potential clientele in a manner which represents to the clientele that Radovan "Roy" Dobrasinovic will act in the client's best interests.

23. Radovan "Roy" Dobrasinovic's companies seek out potential clientele in a manner which represents to the clientele that Radovan "Roy" Dobrasinovic and Radovan "Roy" Dobrasinovic's companies seek to earn "trust and confidence" from their clients.

24. Radovan "Roy" Dobrasinovic and Radovan "Roy" Dobrasinovic's companies operate in a manner which involves use of the mail and wires.

25. Radovan "Roy" Dobrasinovic and Radovan "Roy" Dobrasinovic's companies operate in a manner which involves the United States banking system.

26. Radovan "Roy" Dobrasinovic and Radovan "Roy Dobrasinovic's companies operate in a manner which involves many acts of dishonesty.

27. Radovan "Roy" Dobrasinovic and Radovan "Roy Dobrasinovic's companies operate in a manner which involves many acts of economic extortion.

28. Radovan "Roy" Dobrasinovic and Radovan "Roy Dobrasinovic's companies operate in a manner which involves embezzlement.

29. Radovan "Roy" Dobrasinovic and Radovan "Roy Dobrasinovic's companies operate in a manner which involves conversion.

30. Radovan "Roy" Dobrasinovic and Radovan "Roy" Dobrasinovic's companies operate in a manner which involves acquiring control over a clientele's accounts receivables.

31. Radovan "Roy" Dobrasinovic's invitation and initial communications to AS Corp Inc.'s principal were to obtain control over, extract monies from, and acquire information about AS Corp Inc.'s business, finances, customers, and operations.

32. Radovan "Roy" Dobrasinovic's companies' businesses, companies, operations and offerings includes but is not limited to fuel card.

33. Radovan "Roy" Dobrasinovic's companies' businesses, operations and offerings includes but is not limited to factoring.

34. Radovan "Roy" Dobrasinovic's companies' businesses, operations and offerings includes but is not limited to motor carrier insurance.

35. Radovan "Roy" Dobrasinovic's companies' businesses, operations and offerings includes but is not limited to truck sales.

36. Radovan "Roy" Dobrasinovic's companies' businesses, operations and offerings includes but is not limited to equipment finance.

37. Radovan "Roy" Dobrasinovic's companies' businesses, operations and offerings includes but is not limited to insurance broker services.

38. Radovan "Roy" Dobrasinovic companies' businesses, operations and offerings includes but is not limited to insurance agent services.

39. Radovan "Roy" Dobrasinovic companies' businesses, operations and offerings includes but is not limited to driver training .

40. Radovan "Roy" Dobrasinovic companies' businesses, operations, and offerings includes but is not limited to social and business networking events.

41. Radovan "Roy" Dobrasinovic companies' businesses, operations, and offerings includes but is not limited to professional trucking associations.

42. Radovan "Roy" Dobrasinovic companies' businesses, operations, and offerings includes but is not limited to soccer clubs.

43. Radovan "Roy" Dobrasinovic owns multiple residential properties.

44. Radovan "Roy" Dobrasinovic owns at least one but possibly more than one piece of commercial real estate.

45. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings includes but is not limited to real estate and real estate finance.

46. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings includes but is not limited to formal, informal, joint venture, and partnership with other companies in the operations of Radovan "Roy" Dobrasinovic and/or Radovan "Roy" Dobrasinovic's companies.

47. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve partnerships and/or joint operations with Radomir Dobrasinovic.

48. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve informal partnerships and/or joint operations with Radomir Dobrasinovic.

49. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve formal and/or informal partnerships and/or joint operations with either or both (a) Radomir Dobrasinovic and/or (b) Radomir Dobrasinovic's companies.

50. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve formal partnerships and/or joint operations with Radojica Dobrasinovic.

51. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve informal partnerships and/or joint operations with Radojica Dobrasinovic's companies.

52. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve employment of, informal partnerships and/or joint operations of and/or with Jelena Dobrasinovic.

53. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve informal partnerships and/or joint operations and/or with Jelena Dobrasinovic's companies.

54. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve employment of, informal partnerships and/or joint operations of and/or with Maria Dobrasinovic.

55. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve informal partnerships and/or joint operations and/or with Maria Dobrasinovic's companies.

56. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve employment of, informal partnerships and/or joint operations of and/or with Bato Dobrasinovic.

57. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings involve employment of, informal partnerships and/or joint operations of and/or with Bato Dobrasinovic's companies.

58. Radovan "Roy" Dobrasinovic and/or his companies' businesses, operations, and offerings includes Compass Specialty Insurance RRG.

59. Radovan "Roy" Dobrasinovic and/or his companies, businesses, business operations, and other offerings work together to attract new and existing clientele.

60. Radovan "Roy" Dobrasinovic and/or his companies, businesses, business operations, and other offerings work together to refer, sign-up, collect monies from, communicate with, expand and deepen the number and volume of business relationships with customers.

61. Radovan "Roy" Dobrasinovic and/or his companies, businesses, business operations, and other offerings share information to refer, sign-up, collect monies from, communicate with, expand and/or deepen the number and volume of business relationships with customers.

62. Radovan "Roy" Dobrasinovic and/or his companies, businesses, business operations, and other offerings hold large public events, including an annual ITA soccer tournament in order to attract new and existing clientele.

63. Friends, family, and affiliates of Radovan "Roy" Dobrasinovic and/or his companies., business, operations, and other businesses also attract new and existing clientele at the annual ITA soccer tournament.

64. Friends, family, and affiliates of Radovan "Roy" Dobrasinovic and/or his companies., businesses, operations, and other businesses also refer customers to and from one another at the annual ITA soccer tournament.

65. Friends, family, and affiliates of Radovan "Roy" Dobrasinovic and/or his companies., businesses, operations, and other businesses also advertise to and communicate with ITA soccer tournament attendees and potential clientele.

66. Friends, family, and affiliates of Radovan "Roy" Dobrasinovic and/or his companies., businesses, operations, and other businesses also share useful and material information about their businesses and business practices with each other before, during, and after the ITA soccer tournament..

67. Friends, family, and affiliates of Radovan "Roy" Dobrasinovic and/or his companies, businesses, operations, and other businesses help promote, advertise, refer, and sign up customers into the Compass family of companies.

68. Friends, family, and affiliates of Radovan "Roy" Dobrasinovic and/or his companies, businesses, operations, and other businesses help promote, advertise, refer, and sign up customers into Compass Specialty Insurance RRG.

69. Compass Specialty Insurance RRG and/or possibly other connected and/or affiliated Compass entities arranged for, directly sold, indirectly sold, and/or issued shares to AS Corp Inc. on or around October 20, 2016.

70. Compass Specialty Insurance RRG sold shares to AS Corp Inc. pursuant to a Subscription Agreement which indicates Captive Planning Associates LLC directly or indirectly participated in the issuance of shares to AS Corp Inc.

71. Compass Specialty Insurance RRG sold shares to AS Corp Inc. that was in excess of 50,000 shares.

72. Compass Specialty Insurance RRG sold shares to AS Corp Inc. pursuant to formal or informal participation of certain Citadel Risk entities.

73. Citadel Risk and the Citadel Risk family of entities has operations in the United States.

74. Citadel Risk and the Citadel Risk family of entities has operations in Bermuda.

75. Citadel Risk and the Citadel Risk family of entities has operations in the United Kingdom.

76. Some of the Citadel Risk and the Citadel Risk family of entities operate as excess insurance providers in the United States.

77. Some of the Citadel Risk and the Citadel Risk family of entities operate as reinsurance providers in the United States.

78. Compass Specialty Insurance RRG submits false claims to the United States Federal Government Federal Motor Carrier Safety Administration.

79. Some of the Citadel Risk and the Citadel Risk family of entities work with Compass Specialty Insurance RRG in a manner which misrepresents, deceives, and falsely claims that Compass Specialty Insurance RRG and/or the Compass family of entities provide at least $750,000.00 or more of primary insurance coverage to Compass Specialty Insurance RRG shareholders pursuant to motor carrier insurance policies issued to Compass Specialty Insurance RRG shareholders.

80. Compass Specialty Insurance RRG has damaged the plaintiff because Compass Specialty Insurance RRG's communications with shareholders, the

Compass family of companies' customers, to the FMCSA, to units of municipal, local, state, and federal government, including respective agencies of those units of government contain materially wrong and false information which was submitted with knowledge of the information's falsity or reckless disregard of the information's falsity by Compass Specialty Insurance RRG, Roy Dobrasinovic, Citadel Risk, and/or possibly other individuals and entities.

WHEREFORE, Plaintiff(s) respectfully seek the following relief:

Statutory damages, compensatory damages, compensatory treble damages, punitive damages, declaratory relief, injunctive relief, attorneys' fees, costs, and all other relief deemed equitable or just.

Dated: April 29, 2021.

Respectfully submitted,

AS CORP INC. and EMILIJAN ASENTIC

/s/ Ankur Shah

*One of its attorneys*

Ankur Shah
SHAH LEGAL REPRESENTATION
333 South Wabash Ave., Suite 2700
Chicago, IL 60604
T: (312) 612 - 9221
Cook County ID: 59669

## Rule 7.1(a) Disclosure Statement

**Rule 7.1(a)(2)** - There is no parent corporation to AS Corp Inc. and there is no publicly held corporation owning 10% or more of its stock.