

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* AS CORP INC., | )<br>)<br>) |
| Plaintiff, | )<br>) No. 21 C 2363 |
| v. | )<br>) Chief Judge Pallmeyer<br>) |
| COMPASS SPECIALTY INSURANCE RRG INC., | ) **FILED IN CAMERA AND UNDER SEAL**<br>)<br>) |
| Defendants. | )<br>) |

### THE UNITED STATES' NOTICE OF ELECTION TO DECLINE INTERVENTION

The United States, by its attorney, John R. Lausch, Jr., United States Attorney for the Northern District of Illinois, hereby notifies the court pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B), of its decision not to intervene in this action, and states:

1. Although the United States declines to intervene, we refer the court to 31 U.S.C. § 3730(b)(1), which allows the relator to maintain the action in the name of the United States; providing, however, that the "action may be dismissed only if the court and the Attorney General give written consent to the dismissal and their reasons for consenting." *Id.* Therefore, the United States requests that, should either the relator or the defendant propose that this action be dismissed, settled, or otherwise discontinued, this court solicit the written consent of the United States before ruling or granting its approval.

2. The United States does not presently know whether the relator will proceed with some or all of the claims in this action.

3. Pursuant to 31 U.S.C. § 3730(c)(3), the United States requests that all pleadings filed in this action be served upon it. The United States also requests that orders issued by the

court be sent to counsel for the United States. The United States reserves its right to order any deposition transcripts, to intervene in this action, for good cause, at a later date, and to seek the dismissal of the relator's action or claim.

4. The United States also requests that it be served with all notices of appeal.

5. Finally, the United States requests that the relator's complaint, this notice, and the attached proposed order be unsealed. The United States requests that all other papers on file in this action remain under seal because in discussing the content and extent of the United States' investigation, such papers are provided by law to the court alone for the sole purpose of evaluating whether the seal and time for making an election to intervene should be extended.

6. A proposed order accompanies this notice.

                                      Respectfully submitted,

                                      JOHN R. LAUSCH, Jr.
                                      United States Attorney

                                        By:   s/Sarah J. North
Dated: August 16, 2021                    SARAH J. NORTH
                                        Assistant United States Attorney
                                        219 South Dearborn Street
                                        Chicago, Illinois 60604
                                        (312) 353-1413
                                        sarah.north@usdoj.gov